IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MOON, as personal representative ) | |
| of the Estate of Randy Eugene Moon, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:04-cv-950-F |
| ) | (WO) |
| WERNER ENTERPRISE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **J U D G M E N T**

On the 9th day of September, 2005, after this cause had been submitted to a jury, a verdict was returned by the jury as follows:

We, the jury, find in favor of the plaintiff and against the defendants and award damages in the amount of <u>one million</u>.

SO SAY WE ALL.

DONE this   9   day of September, 2005.

/s/ Ronald L. Schapker
FOREPERSON

It is, therefore, the ORDER, JUDGMENT, and DECREE of the court:

1. That judgment is entered in favor of the plaintiff and against the defendants;

2. That the plaintiff is awarded $1,000,000.00 in punitive damages; and

3. That costs be taxed against the defendants for which execution may issue.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 14th day of September, 2005.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE